UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22528-KING/DAMIAN

LISET DE LA PENA,

    Plaintiff,

vs.

FRAN FOOD SERVICE LLC
D/B/A EL PALACIO DE LOS
JUGOS AND FRANCISCO
MORALES RAMOS,

    Defendants.
_____/

## **NOTICE OF SETTLEMENT**

    Plaintiff, Liset De la Pena, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 8th day of March 2023.

                                          Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq. (174742)
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:    305.230.4884
                                          *Counsel for Plaintiff*