UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22528-JLK

LISET DE LA PENA,

    Plaintiff,

v.

FRAN FOOD SERVICE LLC and
FRANCISCO MORALES RAMOS,

    Defendants.
_____/

**ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Parties' Notice of Settlement (DE 12) filed March 8, 2023, in the above-styled case indicating that a full settlement was reached. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above-styled case is hereby **DISMISSED**. The Court retains jurisdiction to enforce the terms of the settlement.

2. The Pretrial Conference previously set for November 3, 2023, and the Trial previously set for January 2, 2024, are hereby **CANCELED**.

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 16th day of June, 2023.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**    **All Counsel of Record**
        **Clerk of Court**